

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Leta York, Appellant

No. 06-15-00030-CV      v.

Todd Boatman, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV 41400). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Leta York, pay all costs of this appeal.

RENDERED APRIL 8, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk